UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |  |
|---|---|---|
| OHKA AMERICA, INC. | : | |
| Plaintiff, | : | |
| v. | : | Court No. 04-00349 |
| UNITED STATES, | : | |
| Defendant. | : | |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of photoresists identified on the commercial invoices by the alpha numeric item numbers enumerated on Schedule B.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as described as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations…: Other: Chemical preparations for photographic uses: Other," under subheading 3707.90.32 HTSUS at 6.5% ad valorem.

4. The stipulable imported merchandise is classifiable as "Chemical preparations for

{0186919.DOCX;1}

*Ohka America, Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 04-00349

photographic uses (other than varnishes, glues, adhesives and similar preparations)...:

Sensitizing emulsions," under subheading 3707.10.00, HTSUS, at the rate of 3% ad valorem.

5.  The imported merchandise covered by the entries set forth on the attached schedule is stipulable in accordance with this agreement, except for the photoresists identified by an asterisk at the bottom of Schedule B.

6.  Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.  All other claims and non-stipulated entries marked with an asterisk are abandoned.

{0186919.DOCX;1}
4893-7500-1716, v. 1

*Ohka America, Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 04-00349

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

GEORGE R. TUTTLE,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
George.tuttle.sr@tuttlelaw.com
Tel.: (415) 986-8780

Date: 4/8/26            By: _____
George R. Tuttle
Attorneys for Plaintiff
Ohka America, Inc.

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

Date: 4/8/2026          By: _____
JUSTIN R. MILLER
Attorney in Charge
International Trade Field Office

Date: 4/8/2026          By: _____
EDWARD F. KENNY
Trial Attorney
Civil Division, Dept. of Justice
Commercial Litigation branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel.: (212) 264-0480
Edward.Kenny@usdoj.gov

{0186919.DOCX;1}
4893-7500-1716, v. 1

*Ohka America, Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 04-00349

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be

entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials

shall reliquidate the entries and make refund in accordance with the stipulation of the parties set

forth above.

Date: _____

_____
THE HONORABLE TIMOTHY C. STANCEU,
JUDGE

Schedule A Attachment to
Stipulated Judgment on Agreed Statement of Facts

Plaintiff:  Ohka America, Inc.
Port Name:  San Francisco International Airport
Court No: 04-00349  Dated:  7/20/2004

| Protest No | Protest Date | Protest Denied | Entry No | Entry Date | Liq Date |
|---|---|---|---|---|---|
| 280903-100622 | 11/5/2003 | 1/22/2004 | EE6-8045014-9 | 10/1/2002 | 8/15/2003 |
| | | | EE6-8045027-1 | 10/2/2002 | 8/15/2003 |
| | | | EE6-8045083-4 | 10/3/2002 | 8/15/2003 |
| | | | * EE6-8045208-7 | 10/8/2002 | 8/22/2003 |
| | | | EE6-8045209-5 | 10/8/2002 | 8/22/2003 |
| | | | EE6-8045241-8 | 10/9/2002 | 8/22/2003 |
| | | | EE6-8045280-6 | 10/10/2002 | 8/22/2003 |
| | | | EE6-8045411-7 | 10/15/2002 | 8/29/2003 |
| | | | EE6-8045430-7 | 10/16/2002 | 8/29/2003 |
| | | | * EE6-8045581-7 | 10/21/2002 | 9/5/2003 |
| | | | * EE6-8045641-9 | 10/22/2002 | 9/5/2003 |
| | | | EE6-8045642-7 | 10/22/2002 | 9/5/2003 |
| | | | EE6-8045673-2 | 10/23/2002 | 9/5/2003 |
| | | | EE6-8045674-0 | 10/23/2002 | 9/5/2003 |
| | | | EE6-8045742-5 | 10/24/2002 | 9/5/2003 |
| | | | * EE6-8045829-0 | 10/26/2002 | 9/5/2003 |
| | | | EE6-8045795-3 | 10/28/2002 | 9/12/2003 |
| | | | * EE6-8045892-8 | 10/29/2002 | 9/12/2003 |
| | | | EE6-8045894-4 | 10/29/2002 | 9/12/2003 |
| | | | EE6-8045930-6 | 10/30/2002 | 9/12/2003 |
| | | | EE6-8046016-3 | 10/31/2002 | 9/12/2003 |

* The entries marked by an asterick (*) and listed on the
commercial invoice are abandoned.                    1/1

**Ohka America, Inc.**
**Court No. 04-00349**
**Schedule B**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 2 | | EE6-8045014-9 | 10/1/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P015(PM) 13CP |
| 3 | | EE6-8045014-9 | 10/1/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P501(PM) 4CP |
| 4 | | EE6-8045014-9 | 10/1/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P501(PM) 5CP |
| 5 | | EE6-8045027-1 | 10/2/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-3149 |
| 6 | | EE6-8045027-1 | 10/2/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-4167 |
| 7 | | EE6-8045027-1 | 10/2/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-N004 |
| 8 | | EE6-8045027-1 | 10/2/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6071(PM) 2.8CP |
| 9 | | EE6-8045027-1 | 10/2/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P7052(EM) |
| 10 | | EE6-8045027-1 | 10/2/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-N850(GP) 2.2CP |
| 11 | | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-3116(EM) 12CP |
| 12 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP2000(EP) 55CP |
| 13 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP2250(EP) 55CP |
| 14 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3650(HP) 5CP |
| 15 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP8350(LB) 23CP |
| 16 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-8900 20CP |
| 17 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-8900MD-2 60CP |
| 18 | * | EE6-8045083-4 | 10/3/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-CR50I15(EP) 30CP |
| 19 | | EE6-8045209-5 | 10/8/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6071(PM) 2.8CP |
| 20 | | EE6-8045209-5 | 10/8/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P501(PM) 4CP |
| 21 | | EE6-8045209-5 | 10/8/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P603(PM) 9CP |
| 22 | | EE6-8045209-5 | 10/8/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P628(EL) 150CP |
| 23 | * | EE6-8045209-5 | 10/8/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3500(HP) 2CP |
| 24 | * | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | OEBR-REAP20(PM)2.6CP |
| 25 | | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-7A-54(EM) |
| 26 | | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6071(PM) 3CP |
| 27 | | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-N620(GP) 2.6CP |
| 28 | * | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2-6001(PM) |
| 29 | * | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2-6001(PM) |
| 30 | * | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2-6002(HP) |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.                    1/5

Ohka America, Inc.
Court No. 04-00349
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 31 | * | EE6-8045241-8 | 10/9/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2-6003(PM) |
| 32 | * | EE6-8045280-6 | 10/10/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | OFPR-77 100CP |
| 33 | | EE6-8045280-6 | 10/10/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6063(PM) 3CP |
| 34 | * | EE6-8045280-6 | 10/10/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP2600(LB) 36CP |
| 35 | * | EE6-8045280-6 | 10/10/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3500(HP) 4CP |
| 36 | * | EE6-8045280-6 | 10/10/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3720(HL) 8CP |
| 37 | | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P015(PM) 7CP |
| 38 | | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P722(EL) 11CP |
| 39 | * | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP1800(EP) 15CP |
| 40 | * | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP1800(EP) 30CP |
| 41 | * | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP2000(EP) 15CP |
| 42 | * | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP5700(HP) 14CP |
| 43 | * | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP9600(HP) 8CP |
| 44 | | EE6-8045411-7 | 10/15/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN022(PM) 30CP |
| 45 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-SC |
| 46 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-SC09 |
| 47 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-5A-62 |
| 48 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-5A-75 |
| 49 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-6A-110 |
| 50 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-6A-111S |
| 51 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-6A-114 |
| 52 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-6A-115 |
| 53 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-6A-115 |
| 54 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-7A-57 |
| 55 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-MIL |
| 56 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P7029 |
| 57 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P7052(EM) |
| 58 | | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-SC002 |
| 59 | * | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TBLC-100 |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

**Ohka America, Inc.**
**Court No. 04-00349**
**Schedule B**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 60 | * | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2 |
| 61 | * | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2-AR |
| 62 | * | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TF2-TS |
| 63 | * | EE6-8045430-7 | 10/16/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3600(HP) 2CP |
| 64 | * | EE6-8045581-7 | 10/21/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3500(HP) 5CP |
| 65 | * | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | OMR 83 25CP |
| 66 | | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-5A-68(EM) 2.6CP |
| 67 | | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P015(PM) 13CP |
| 68 | | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P015(PM) 7CP |
| 69 | | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P308(EM) 5.5CP |
| 70 | | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P419(PM) 4.5CP |
| 71 | | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P501(PM) 2.8CP |
| 72 | * | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP1800(EP) 15CP |
| 73 | * | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP1800(EP) 30CP |
| 74 | * | EE6-8045642-7 | 10/22/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3500(HP) 2CP |
| 75 | * | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | EP-GM003(EL) |
| 76 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-5A-71(EM) |
| 77 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P5070(EM) |
| 78 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6071(PM) |
| 79 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P7047 |
| 80 | * | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDMR-AR2000(HP) 5CP |
| 81 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDMR-P017(PM) 4CP |
| 82 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN022(PM) 38CP |
| 83 | | EE6-8045673-2 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN027(PM) 4.4CP |
| 84 | | EE6-8045674-0 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN027(PM) 3.5CP |
| 85 | | EE6-8045674-0 | 10/23/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN027(PM) 3CP |
| 86 | | EE6-8045742-5 | 10/24/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P601(PM) 8CP |
| 87 | * | EE6-8045742-5 | 10/24/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP2800(EP) 13CP |
| 88 | | EE6-8045742-5 | 10/24/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN011(PM) 3.5CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.                3/5

**Ohka America, Inc.**
**Court No. 04-00349**
**Schedule B**

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 89 |   | EE6-8045742-5 | 10/24/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN022(PM) 30CP |
| 90 |   | EE6-8045795-3 | 10/28/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6100(EM) 4.2CP |
| 91 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6063(PM) 2.7 CP |
| 92 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P6071(PM) 2.8CP |
| 93 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P7047(EM) 4CP |
| 94 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-N620(GP) 3CP |
| 95 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P015(PM) 9CP |
| 96 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P419(PM) 4.5CP |
| 97 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P501(PM) 4CP |
| 98 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P534(EL) 6.5CP |
| 99 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P603(PM) 9CP |
| 100 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P630(EL) 8CP |
| 101 | * | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | THMR-IP3500(HP) 2CP |
| 102 | * | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSCR-85115(LB) 22CP |
| 103 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN008(PM) 10CP |
| 104 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN009(PM) 30CP |
| 105 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN009(PM) 30CP |
| 106 |   | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-IN011(PM) 4CP |
| 107 | * | EE6-8045894-4 | 10/29/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TSMR-V50(EL) 35CP |
| 108 |   | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-3203 |
| 109 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | FCP-Soln(PM) |
| 110 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | FCP-TPS-tf(PM) |
| 111 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | FNb-Soln-tf(PM) |
| 112 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | FNb-TPS-tf(PM) |
| 113 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | LS-A-Soln(HP) |
| 114 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | LS-A-TPS-tf(HP) |
| 115 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | LS-D-Soln(HP) |
| 116 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | LS-D-TPS-tf(HP) |
| 117 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | OEBR-CAP112(PM) 3.8CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.          4/5

Ohka America, Inc.
Court No. 04-00349
Schedule B

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 118 | | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-6A-98(EL) |
| 119 | | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-MiC15 |
| 120 | | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TARF-P7050(EM) |
| 121 | | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-N850(GP) 2.6CP |
| 122 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TFE-Soln(PM) |
| 123 | * | EE6-8045930-6 | 10/30/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TFE-TPS-tf(PM) |
| 124 | | EE6-8046016-3 | 10/31/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-3213(EM) |
| 125 | | EE6-8046016-3 | 10/31/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-6137(EL) |
| 126 | | EE6-8046016-3 | 10/31/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | DP-7124(EM) |
| 127 | | EE6-8046016-3 | 10/31/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TC-013 |
| 128 | | EE6-8046016-3 | 10/31/2002 | 280903-100622 | 11/5/2003 | 1/22/2004 | TDUR-P3116(EM) 12CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.                5/5